UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| A.G., *individually, and on behalf of N.G.V.*,<br><br>          Plaintiff,<br><br>-against-<br><br>New York City Department of Education,<br><br>          Defendant. | 24-CV-4833 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, United States District Judge:**

  The Court granted Defendant an extension of time to answer Plaintiff's Complaint, allowing Defendant to submit its Answer on November 22, 2024 in light of potential settlement discussions. Defendant failed to do so. Defendant is ORDERED to file its Answer (or otherwise move with respect to the Complaint) or provide the Court a status update regarding settlement on January 14, 2025.

**SO ORDERED.**

Dated: January 7, 2025
     New York, New York

                         ANDREW L. CARTER
                         United States District Judge