UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

A.G.,

                                    Plaintiff,                        **24 Civ. No. 4833 (ALC) (GS)**

     -against-

NEW YORK CITY DEPARTMENT OF                   **INITIAL CASE MANAGEMENT CONFERENCE ORDER**
EDUCATION,

                                  Defendant.

-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for an Initial Case Management Conference on **Tuesday, April 15, 2025 at 11:00 a.m.**  The parties are directed to appear for a video conference via Microsoft Teams at the scheduled time.  **The parties shall consult and comply with** the undersigned's Individual Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-gary-stein.  In accordance with Section II.A of the Individual Practices, counsel are directed to file a joint Proposed Case Management Plan and Scheduling Order no later than one week prior to the conference.  **Click here to join the meeting now.** [Meeting ID: 246 459 964 349]  [Passcode: h26ua7S4]

       SO ORDERED.

DATED:    New York, New York
                March 5, 2025

                                                                  _____
                                                                The Honorable Gary Stein
                                                                 United States Magistrate Judge