UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| A.G., ET AL,<br><br>                    Plaintiffs,<br><br>-against-<br><br>N.Y.C. DEPARTMENT OF EDUCATION,<br><br>                    Defendant. | 24-cv-4833 (ALC)<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty-five (35) days. All deadlines are adjourned *sine die*.

**SO ORDERED.**

Dated:   May 27, 2025
             New York, New York

_____
**ANDREW L. CARTER, JR.
United States District Judge**