**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/27/2025__

| | | |
|---|---|---|
| **HON. MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **MARTHA NIMMER**<br>*Special Assistant Corporation Counsel*<br>Cell: (917) 499-8632 |

August 26, 2025

**VIA ECF**
Hon. Andrew L. Carter
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, New York 10007

    Re: *A.G., et al. v. New York City Dep't. of Educ.,* 24-cv-4833 (ALC)(GS)

Dear Judge Carter:

  I am a Special Assistant Corporation Counsel in the Office of Corporation Counsel, the Hon. Muriel Goode-Trufant, attorney for Defendants in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on administrative proceedings under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400, *et seq.* ("IDEA"), as well as for this action.

  The parties write jointly in accordance with Your Honor's July 29, 2025 Order (ECF No. 33). All substantive issues have been resolved in this matter, but the parties are waiting to receive signatures on the parent's release. Accordingly, the parties respectfully request a two-week extension to September 9, 2025 to submit the fully executed settlement.

  Thank you for considering this request.

                Respectfully submitted,

                /s/
                Martha Nimmer
                Special Assistant Corporation Counsel

cc: Leah Hill, Esq. (via ECF)

SO ORDERED:
*/s/ Andrew L. Carter*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

August 27, 2025
New York, NY